FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT ①

11/15/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Reg. No. 42711-053
(Inmate Number)

NURADEEN ALAMIN
(Name of Plaintiff)

FPC Allenwood - P.O. Box 1000
Montgomery, PA 17752
(Address of Plaintiff)

vs.

Warder J. Miner - A.W. Troy Levi
M.L. Furman, Title Unit Manager
R. Adams, Title Case Manager
M. Fetzer, Title Counselor

(Names of Defendants)

1: CV 00-1988
(Case Number)

COMPLAINT

FILED
SCRANTON
NOV 14 2000

_____
DEPUTY CLERK

TO BE FILED UNDER:  __*__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

N/A

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
✓ Yes ___ No

B. Have you filed a grievance concerning the facts relating to this complaint?
✓ Yes ___ No

If your answer is no, explain why not ___ N/A

C. Is the grievance process completed? ✓ Yes ___ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names positions and places of employment of any additional defendants.)

A. Defendant Mr. J. Miner   Title Warden is employed

as Federal Bureau of Prisons at FPC Allenwood, Pennsylvania

B. Additional defendants M.L. Furman

R. Adams

M. Fetzer

T. Levi   Title Assistant Warden

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. Staff member, Mr. M. Furman knowingly, willfully and unlawfully destroyed a Government document (Inmate request form). These acts were all in violation of the Fifth Amendment of the Constitutiion of the United States and in violation of Due Prosses of Law and Fredom of Expression an unusual punishment also in violation of the Eighth Amendment of The Contitution of the United States, by shedding the inmate request which contained my reques to be transferred to the "Work Cadre" at M.D.C. Brooklyn when th memorandum was put up. This can be verified through my visiting records that I have any visitors since being at this institution

2. Due to Mr. Furman's misconduct my request was never heard nor wa I ever afforded the opportunity tobe considered.

   I have witnesses who are willing to testify to these charges if and when your office request a hearing.
   I, the undersigned was present with another inmate at the time this incident occured.

   The following law was violated by staff member, Mr. Furman 18 U.S.C. §1001; P.S. 5511 et. seq. and C.F.R. 28, §542.10.

3. Very respectfully I would like to request that this event be investigated and granted the relif I seek here in.

2

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite n cases or statutes.)

1. Petitioner Mr. NURADEEM AL-AMIN humbly request from this Honorable Court that his constituional rights be protected. Mr. Nuradeen Al-Amin constitutional rights under the due process clause has been violated by prison offcials. Expecifically the first eight and fourtheenth amendment of the United States

2. Constitution.

3. 

Signed this __10,26__ day of __October__, 20__00__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__10/26/00__                      _____
(Date)                            (Signature of Plaintiff)