

**U.S. Department of Justice**

Federal Bureau of Prisons
Federal Prison Camp

Allenwood, Montgomery, PA 17752-9718

November 27, 2000

Virginia Gilmore, Deputy Clerk
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

FILED
HARRISBURG, PA
DEC 04 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RE: ALAMIN, Nuradeen
    Reg.No.: 42711-053
    C.A.No.: 1:00-CV-01988

Dear Ms. Gilmore:

    This is in response to your Administrative Order dated November 15, 2000, concerning Nuradeen Alamin, an inmate confined at the Allenwood Federal Prison Camp, Montgomery, Pennsylvania. Specifically, you are requesting assistance in collecting the $150.00 filing fee Mr. Alamin owes the court, and a copy of a statement of his trust fund account for the past six (6) months.

    Mr. Alamin has been advised of his financial obligation to the court and we will assist in the collection of the $150.00 filing fee. We are also providing you with a copy of Mr. Alamin's statement of his trust fund account for the past six (6) months.

    If I can be of any further assistance, please contact me.

Sincerely,

Jonathan C. Miner
Warden