seal

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NURADEEN ALAMIN,
     Plaintiff          :

                  :

     vs.          :   CIVIL ACTION NO.

                  :

J. MINER, TROY LEVI,
M. L. FURMAN, R. ADAMS and  :
M. FETZER,
     Defendants     :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The pro se plaintiff, an inmate at FPC-All[...]
Pennsylvania, has filed objections to the report and
recommendation of the magistrate judge, styled as a
to the report.  The magistrate judge recommends that
be dismissed for failure to state a claim upon which
granted.

The Plaintiff filed this action alleging t[...]
Furman intentionally destroyed the Plaintiff's appli[...]
transferred to M.D.C. Brooklyn.  The magistrate judg[...]
pointed out that the Plaintiff has no constitutional[...]
incarceration in any particular prison and hence cou[...]
Furman's action, even if it happened.  In his object[...]
Plaintiff complains that his imprisonment at Allenwo[...]
him from receiving visitors.  This is an unfortunate



the government's right to incarcerate him in any of its prisons but does not make his claim actionable.  See Olim v. Wakinekona, 461 U.S. 238, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983)(prisoner can be sent out-of-state to serve his time).

Accordingly, this 14th day of December, 2000, upon consideration of the report of the magistrate judge, dated November 21, 2000, the objections that have been filed, and independent review of the record, it is ordered that the magistrate judge's report is adopted.  It is further ordered, pursuant to the magistrate judge's recommendation, that:

> 1.  This action is dismissed for failure under 28 U.S.C. § 1915(A) to state a claim upon which relief may be granted.

> 2.  Any appeal from this order would not be in good faith.

> 3.  The Clerk of Court shall close this file.

William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 14, 2000

Re:  1:00-cv-01988    Alamin v. Miner

True and correct copies of the attached were mailed by the clerk
to the following:

      Nuradeen Alamin
      FPC-ALLENWOOD
      F.P.C. Allenwood
      42711-053
      P.O. Box 1000
      Unit B-1
      Montgomery, PA  17752

cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   (  )  PA Atty Gen (  )
                                       DA of County  (  )  Respondents (  )

Bankruptcy Court             (  )
Other_____ (  )

                              MARY E. D'ANDREA, Clerk

DATE: _____12/14/00_____          BY: _____
                                           Deputy Clerk