00CV1988
(13)
4/24/01
TS
CFR

```
Mon Apr 23 11:01:07 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.  333 33433
Cashier      tanya

Tender Type  CHECK

Check Number: 221 37591429

Transaction Type  AN

DØ Code   Div No    Acct
4667        3       5100PL

Amount            $   54.18

BD  NURADEEN ALAMIN 42711053 FPC ALLENWD

PARTIAL FILING FEE 00-CV-1988


cn
```