

**U. S. Department of Justice**

**Federal Prison System**

*Consolidated Legal Center - Allenwood*

*(570) 547-1990 X4119*
*(570) 547-0361 (FAX)*



*P O Box 1500*
*White Deer, PA 17887*

May 24, 2001

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmonds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON
MAY 29 2001
PER _____
DEPUTY CLERK

RE: ALAMIN, Nuradeen - Reg. No. 42711-053
1:00-CV-01988

Dear Ms Edmonds:

Our office has been informed that the above-named inmate has completed payment of his $150.00 filing fee.

Should your records reflect a discrepancy, please do not hesitate to contact me at (570) 547-1990 x4119.

Sincerely,

*Michelle Mertz*
*Legal Assistant*